E. W. CRAYTON and THE NAPLES. TROPICAL REALTY COM-
PANY, a Florida Corporation, *Plaintiffs in Error,* v.
MARY M. ROSE, WILLIE M. STEIN and MINNIE M.
SPENCER, *Defendants in Error.*

Division B.

Decision filed November 28, 1928.

*R. W. Randell* and *Clements, Clemens and Craven,* for
Plaintiff in Error;

*Henderson, Franklin & Christie,* for Defendants in Er-
ror.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the judgment herein, and briefs and argument of counsel
for the respective parties, and the record having been seen
and inspected, and the Court being now advised of its judg-
ment to be given in the premises, it seems to the Court that
there is no error in the said judgment; it is, therefore, con-
sidered, ordered and adjudged by the Court that the said
judgment of the circuit court be, and the same is hereby
affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., con-
cur.